# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

Robert J. Foster )
_____ )  Case Number: 15-cv-1103-MJR-SCW
_____ )  (Clerk's Office will provide)
_____ )
*Plaintiff/Petitioner(s)* )  ☒ CIVIL RIGHTS COMPLAINT
v. )  pursuant to 42 U.S.C. §1983 (State Prisoner)
Saint Clair County Court )  ☐ CIVIL RIGHTS COMPLAINT
Judge Judy Katz )  pursuant to 28 U.S.C. §1331 (Federal Prisoner)
_____ )  ☒ CIVIL COMPLAINT
Judge Stephen McGlynn )  pursuant to the Federal Tort Claims Act,
*Defendant/Respondent(s)* )  28 U.S.C. §§1346, 2671-2680, or other law

## I. JURISDICTION

**Plaintiff:**

A. Plaintiff's mailing address, register number, and present place of confinement.

1724 12th Street
Madison, Il. 62060
618(407-0766
email- Breeze618@gmail.com

**Defendant #1:**

B. Defendant **Judge Judy Katz** is employed as
 (a) (Name of First Defendant)

**Circuit Court Judge**
 (b) (Position/Title)

with **St. Clair County Circuit Court**
 (c) (Employer's Name and Address)

**10 Public Square, Belleville, Illinois 62220**

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government? ☒ Yes ☐ No

If your answer is YES, briefly explain: Judge Katz was the presiding judge on 6/05/2013 when unconstitutional judgements were rendered by her. with jurisdiction as well as illegally causing imprisonment without due process

(Rev. 7/2010)

1

**Defendant #2:**

C.   Defendant __Judge Stephen McGlNN__ is employed as
(Name of Second Defendant)

__Circuit Court Judge__
(Position/Title)

with __Saint Clair County Circuit Courts__
(Employer's Name and Address)
__10 Public Square Belleville, Illinois, 62220__

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government?   ☑ Yes   ☐ No

If you answer is YES, briefly explain: __Judge Stephen McGlynn has enforced unconstitutional judgements as of 9/16/2015__

**Additional Defendant(s) (if any):**

D.   Using the outline set forth above, identify any additional Defendant(s).

(Rev. 7/2010)                                      2

II. PREVIOUS LAWSUITS

    A.    Have you begun any other lawsuits in state or federal court relating to your imprisonment? ☐ Yes ☒ No

    B.    If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline. <u>Failure to comply with this provision may result in summary denial of your complaint</u>.

        1.    Parties to previous lawsuits:
              Plaintiff(s):

              Defendant(s):

        2.    Court (if federal court, name of the district; if state court, name of the county):

        3.    Docket number:

        4.    Name of Judge to whom case was assigned:

        5.    Type of case (for example: Was it a habeas corpus or civil rights action?):

        6.    Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?):

        7.    Approximate date of filing lawsuit:

        8.    Approximate date of disposition:

III. **GRIEVANCE PROCEDURE**

    A.    Is there a prisoner grievance procedure in the institution? ☐ Yes    ☐ No

    B.    Did you present the facts relating to your complaint in the prisoner grievance procedure?    ☐ Yes    ☐ No

    C.    If your answer is YES,
        1.    What steps did you take?

        2.    What was the result?

    D.    If your answer is NO, explain why not.

    E.    If there is no prisoner grievance procedure in the institution, did you complain to prison authorities?    ☐ Yes    ☐ No

    F.    If your answer is YES,
        1.    What steps did you take?

        2.    What was the result?

    G.    If your answer is NO, explain why not.

    H.    Attach copies of your request for an administrative remedy and any response you received. If you cannot do so, explain why not:

IV.  **STATEMENT OF CLAIM**

   A.  State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments of citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

1) On 6/05/2013 Judge Judy Katz rendered unconstitutional orders without having proper jurisdiction. In court room 303 of the St. Clair County Circuit Courts in Belleville, Il.

2) On 1/28/2015 Judge Judy Katz issued an body attachment warrant, having me incarcerated for 4 days without due process, and it being illegal to imprison in a civil case. This occured in court room 107 in the St. Clair County Courthouse

3) On 8/19/2015 Jurisdiction was challenged in Court Room 107 before Judge Stephen McGlynn, but jurisdiction was not established. This occured at the St. Clair County Courthouse in Belleville, Il.

4) On 9/16/2015 in court room 107 of the St. Clair County Courthouse, Judge Stephen McGlynn would not address jurisdiction and enforced unconstitutional orders.

V. **REQUEST FOR RELIEF**

State exactly what you want this court to do for you. If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255. Copies of these forms are available from the clerk's office.

*I would like the court to dismiss case 13D184 with prejudice and return all monies unlawfully garnished. I would like to be compensated for spending 4 days imprisoned illegally.*

VI. **JURY DEMAND** (check one box below)

The plaintiff ☑ does ☐ does not request a trial by jury.

### DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: 10/06/2015 (date)

1724 12th Street
Street Address

Madison, Illinois 62060
City, State, Zip

*Robert J. Foster*
Signature of Plaintiff

Robert J. Foster
Printed Name

_____
Prisoner Register Number

_____
Signature of Attorney (if any)

(Rev. 7/2010) 6