IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ROBERT J. FOSTER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )   CASE NO.   15-1103-SCW |
| | ) |
| **JUDY KATZ and STEPHEN McGLYNN,** | ) |
| | ) |
| **Defendant(s).** | ) |

**JUDGMENT IN A CIVIL CASE**

This case came before this Court on Defendant's Motion to Dismiss (Doc. 22). The motion was granted on March 16, 2017 by an Order entered by Magistrate Judge Stephen C. Williams (Doc.35).

**THEREFORE**, judgment is entered in favor of Defendants **JUDY KATZ** and **STEPHEN McGLYNN** and against Plaintiff **ROBERT J. FOSTER on Plaintiff's claims for money damages**.

Plaintiff shall take nothing from this action.

The Plaintiff should take notice of the fact that he has 28 days from the date of this judgment for filing a motion for new trial or motion to amend or alter judgment under Rule 59(b) or (e) of the Federal Rules of Civil Procedure.    These deadlines for motions under Rule 59 cannot be extended by the Court.    The Plaintiff should also note that he has 30 days from the date of this judgment to file a notice of appeal.    This period can only be extended if excusable neglect or good cause is shown.

**DATED** this 20th day of March, 2017

              **JUSTINE FLANAGAN, ACTING CLERK**

              BY: */s/ Angela Vehlewald*
                  **Deputy Clerk**

**Approved by** */s/ Stephen C. Williams*
      **United States Magistrate Judge**
        **Stephen C. Williams**